# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL 5:12cv22-DSC

UNITED STATES OF AMERICA,

                **Plaintiff,**

v.

**$6,822.00 IN UNITED STATES CURRENCY,**

                **Defendant.**

## ORDER

Claimant Zachary Michael Gusse moved the Court to stay this civil forfeiture proceeding during a related criminal case under 18 U.S.C. § 981(g)(2). The Court finds that Claimant is a defendant in a related criminal case in Watauga County, North Carolina, case numbers 11 CR 051559 and 11 CR 051604; that Claimant has standing to assert a claim in this civil forfeiture proceeding; and that continuation of this forfeiture proceeding will burden Claimant's right against self-incrimination in the related criminal case.

Upon Motion of the Claimant Zachary Michael Gusse, the Court's findings above, and for good cause shown, it is hereby ORDERED that the Claimant's Motion for Stay of Civil Forfeiture Proceedings During Related Criminal Investigation is allowed. All proceedings in the above-captioned civil case shall be and are hereby stayed, and any and all deadlines now in effect in this civil proceeding are held in abeyance, until such time that Claimant's related criminal case is resolved.

The Government shall preserve the Defendant property until this matter is resolved.

**SO ORDERED**.                              Signed: August 9, 2012

David S. Cayer
United States Magistrate Judge